AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 10 121-LTS
132 Greenwood St., Apt. #3, Dorchester, MA )
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein.

located in the _____ District of Massachusetts _____ , there is now concealed *(identify the person or describe the property to be seized)*:
documents and other evidence of violations of Title 21, United States Code, Sections 841(a)(1) and 846, more particularly described in Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Sec. 841(a)(1) and 846 | Conspiracy to possess with intent to distribute and to distribute 500 grams or more of cocaine and 280 grams or more of cocaine base |

The application is based on these facts:
Please see attached Affidavit of Martin M. O'Malley, incorporated herein.

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Martin M. O'Malley, Task Force Officer, U.S. DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/1/10

*Judge's signature*

City and state: Boston, Massachusetts         Leo T. Sorokin, United States Magistrate Judge
*Printed name and title*